**Fill in this information to identify your case:**

Debtor 1  **Joshua Dean Knight**
         First Name          Middle Name          Last Name

Debtor 2  _____
(Spouse if, filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  **EASTERN DISTRICT OF TENNESSEE**

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Progressive Leasing**<br><br>Description of property securing debt: **Couch, loveseat and various bedding located at debtors residence.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>  **Debtor will retain collateral and continue to make payments.** | ■ No<br>☐ Yes |
| Creditor's name: **TMX Finance of Tennessee**<br><br>Description of property securing debt: **2003 Cadillac Seville 140,000+ miles This vehicle is barely running and is not currently registered. Prior TN Tag#: 69Z6DV** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **Unaka Auto & Title Loans** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a | ■ No<br>☐ Yes |

Official Form 108              **Statement of Intention for Individuals Filing Under Chapter 7**              page 1

| Debtor 1 | **Joshua Dean Knight** | Case number *(if known)* | |
|---|---|---|---|

| Description of property securing debt: | **2003 Chevrolet Tahoe 210,000+ miles** <br> **TN Tag#: CV91889** | *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: |
|---|---|---|

### Part 2:  List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |

### Part 3:  Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Joshua Dean Knight**
**Joshua Dean Knight**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **November 20, 2019**

Date _____

**United States Bankruptcy Court**
**Eastern District of Tennessee**

| | | |
|---|---|---|
| In re | **Joshua Dean Knight** | Case No. |
| | Debtor(s) | Chapter **7** |

# CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2019, a copy of Chapter 7 Individual Debtors Statement of Intention was served electronically to the United States Trustee and the Chapter 7 Trustee and by US Mail to all creditors listed below.

Progressive Leasing
256 W. Data Dr.
Draper, UT 84020

TMX Finance of Tennessee
2849 W. State St.
Bristol, TN 37620

Unaka Auto & Title Loans
810 N. Roan St.
Johnson City, TN 37601

/s/ D. Stephen Duncan
D. Stephen Duncan 012623
Duncan Law Firm
P.O. Box 1848
Johnson City, TN 37605-1848
423-926-1357 Fax: 423-929-3245
sduncan@duncanlawfirm.com